# United States District Court
## Violation Notice

CVB Location Code: CS81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7819571 | SHOEMATE | 805 |

7819571

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/02/2020 - 1416 | CVC 12500 (A) |

Place of Offense: 795 E. SAN YSIDRO BLVD
VEHICLE SECONDARY LOT

HAZMAT ☐

Offense Description: Factual Basis for Charge

CVC 12500 (A)
UNLICENSED DRIVER

### DEFENDANT INFORMATION

Last Name: RAMIREZ
First: ALEXIS
MI: N

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8LQY626 | CA | 07 | NISSAN | ☒ | WHITE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. BROADWAY
SAN DIEGO, CA 92101

Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Alexis Ramirez*

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 01/16/2020 8:7

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2 JAN, 20 20 while exercising my duties as a law enforcement officer in the 9TH District of [illegible]

SEE ATTACHMENT.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/02/2020
Date (mm/dd/yyyy)
Officer's Signature: [signature] 9/805

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/16/2020 8:7